**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION** CA: 2:12-2047

*IN RE: C.R. Bard, Inc.,*
*Pelvic Repair System Products Liability Litigation.*
MDL no. 2187

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Patricia Metzger
   ______________________________

2. Plaintiff Husband

   Raymond B. Metzger
   ______________________________

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   ______________________________

4. State of Residence

   Ohio
   ______________________________

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   U. S. District Court, Southern District of Ohio
   ______________________________

6. Defendants (Check Defendants against whom Complaint is made):

   (x)A. C. R. Bard, Inc. ("Bard")

   ( )B. Sofradim Production SAS ("Sofradim")

( )C. Tissue Science Laboratories Limited ("TSL")

(x)D. Other defendants

Johnson & Johnson

Ethicon, Inc.

7. Basis of Jurisdiction

Diversity of Citizenship

8. A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1 – 8 of the Master Complaint

B. Other allegations of jurisdiction and venue

A substantial amount of the events leading to Plaintiff's injuries arose in Ohio making venue proper.

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

( )A. The Align Urethral Support System;

( )B. The Align TO Urethral Support System;

( )C. The Avaulta Anterior BioSynthetic Support System;

( )D. The Avaulta Posterior BioSynthetic Support System;

( )E. The Avaulta Plus Anterior BioSynthetic Support System;

( )F. The Avaulta Plus Posterior BioSynthetic Support System;

( )G. The Avaulta Solo Anterior Synthetic Support System;

( )H. The Avaulta Solo Posterior Synthetic Support System;

( )I. The InnerLace BioUrethral Support System;

( )J. The Pelvicol Acellular Collagen Matrix;

( )K. The PelviLace BioUrethral Support System;

( )L. The PelviLace TO Trans-obturator BioUrethral Support System;

( )M. The PelviSoft Acellular Collagen BioMesh;

( )N. The Pelvitex Polypropylene Mesh;

( )O. The Uretex SUP Pubourethral Sling;

(x)P. The Uretex TO Trans-obturator Urethral Support System;

( )Q. The Uretex TO2 Trans-obturator Urethral Support System; and

( )R. The Uretex TO3 Trans-obturator Urethral Support System.

(x)S. Other

Gynecare Prolift
____________________________________________

____________________________________________

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

( )A. The Align Urethral Support System;

( )B. The Align TO Urethral Support System;

( )C. The Avaulta Anterior BioSynthetic Support System;

( )D. The Avaulta Posterior BioSynthetic Support System;

( )E. The Avaulta Plus Anterior BioSynthetic Support System;

( )F. The Avaulta Plus Posterior BioSynthetic Support System;

( )G. The Avaulta Solo Anterior Synthetic Support System;

( )H. The Avaulta Solo Posterior Synthetic Support System;

( )I. The InnerLace BioUrethral Support System;

( )J. The Pelvicol Acellular Collagen Matrix;

( )K. The PelviLace BioUrethral Support System;

( )L. The PelviLace TO Trans-obturator BioUrethral Support System;

( )M. The PelviSoft Acellular Collagen BioMesh;

( )N. The Pelvitex Polypropylene Mesh;

( )O. The Uretex SUP Pubourethral Sling;

(x)P. The Uretex TO Trans-obturator Urethral Support System;

( )Q. The Uretex TO2 Trans-obturator Urethral Support System; and

( )R. The Uretex TO3 Trans-obturator Urethral Support System.

(x)S. Other

Gynecare Prolift

11. Date of Implantation as to Each Product

November 23, 2005 – Uretex Urethral

Support System

October 2, 2008 – Gynecare Prolift

12. Hospital(s) where Plaintiff was implanted (including City and State)

Dayton Physicians, LLC – Dayton, OH

Kettering Medical Center – Dayton, OH

13. Implanting Surgeon(s)

Bhadresh Doshi, M.D.

Sharat Kalvakota, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s)

(x) Count I

(x) Count II

(x) Count III

(x) Count IV

(x) Count V

(x) Count VI

(x) Count VII (by the Husband)

(x) Count VIII

/s/ Andrea S. Hirsch

ANDREA S. HIRSCH, ESQ.
GA Bar # 666557
Herman Gerel, LLP
230 Peachtree Street, Suite 2260
Atlanta, Georgia
Tel: 404-880-9500
MICHELLE A. PARFITT, ESQ
(DC Bar No. 358592)
JAMES F. GREEN, ESQ.
(DC Bar No. 214965)
Ashcraft & Gerel LLP
2000 L St. NW, Ste. 400
Washington, DC 20036
Tel: 202-783-6400
JOSEPH A. KOTT
LA Bar No. 24499
Herman Gerel, LLP
860 O'Keefe Avenue
New Orleans, Lousiana
Tel: 504-581-4892
Attorneys for Plaintiff